IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00549-BNB

ANDRE J. TWITTY,

Plaintiff,

v.

U. S. ATTORNEY GENERAL – ACTING,
HARLEY G. LAPPIN, Fed. BOP Dir.,
MIKE K. NALLEY, Regional Dir. BOP,
RONNIE WILEY, Warden - US Max B.O.P.,
MARK COLLINS, Unit Mgr. B.O.P. UPS [sic] Max, and
R. MADISON, Counselor USP Max, all in their individual capacities,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Andre J. Twitty, submitted *pro se* a certified account statement and a Prisoner Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted documents were deficient. Notwithstanding the deficiencies, on March 18, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action. Mr. Twitty was directed to cure certain enumerated deficiencies if he wished to pursue his claims. He specifically was directed to submit within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified account statement for the six-month period immediately preceding this filing or to pay the $350.00 filing fee.

On April 9, 2008, Mr. Twitty submitted an amended Prisoner Complaint, two prisoner's motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915

(2006), and a certified account statement. On April 22, 2008, Magistrate Judge Boland ordered Mr. Twitty to show cause within thirty days why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). On May 13, 2008, Mr. Twitty submitted his response to the order to show cause.

Mr. Twitty seeks leave to proceed without prepayment of fees or security therefor pursuant to § 1915. In relevant part, this statute provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). For the purposes of this analysis, the Court may consider actions or appeals dismissed prior to the enactment of 28 U.S.C. § 1915(g). *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996).

Mr. Twitty has initiated more than three actions or appeals in a court of the United States while he was incarcerated or detained in any facility that were dismissed as frivolous, malicious, or for failure to state a claim. Mr. Twitty filed at least two prior civil actions in the United States District Court for the Northern District of Georgia, Atlanta Division, that were dismissed pursuant to 28 U.S.C. § 1915A. *See Twitty v. Deane*, No. 1:00-cv-1064-TWT (N.D. Ga. July 18, 2000); *Twitty v. Larson*, No. 1:98-cv-3188 (N.D. Ga. Mar. 2, 1999). The Eleventh Circuit dismissed as frivolous Mr. Twitty's appeal from the Court's ruling in *Twitty v. Larson*, No. 1:98-cv-3188. *See* Docket No. 00-14092-I (11th Cir. 2001).

2

Mr. Twitty also previously filed at least one civil action in the United States District Court for the District of South Carolina that was dismissed for failure to state a claim for which relief may be granted. *See Twitty v. Hawk-Sawyer*, No. 7:00-cv-3192 (D.S.C. Mar. 26, 2002). In addition, the United States District Court for the District of Kansas twice has denied Mr. Twitty permission to proceed *in forma pauperis* because of the "three strikes" provision of 28 U.S.C. § 1915(g). *See Twitty v. Ashcroft*, No. 5:02-cv-3270-GTV (D. Kan. Nov. 18, 2002); *see also Twitty v. Ashcroft*, No. 5:01-cv-3484-GTV (D. Kan. Jan. 11, 2002). This Court previously has revoked Mr. Twitty's *in forma pauperis* status pursuant to the "three strikes" provision of § 1915(g). *See Twitty v. Gonzalez*, No. 06-cv-00667-ZLW (D. Colo. June 26, 2006), *appeal dismissed for lack of prosecution*, No. 06-1380 (10th Cir. May 16, 2007). In the instant action, Mr. Twitty fails to assert facts to support his allegations that he is under imminent danger of serious physical injury from pain in his groin area for over three years stemming from a hernia operation and an alleged assault. Therefore, he will be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED that Plaintiff, Andre J. Twitty, is denied leave to proceed pursuant to 28 U.S.C. § 1915(g) because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice.

DATED at Denver, Colorado, this 28 day of May, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00549-BNB

Andre J. Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/28/8

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk